

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00405-CV

David **GILLESPIE**,
Appellant

v.

A.L. **HERNDEN** and Frederick R. Zlotoucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to November 4, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:

Kimberly S. Keller
No. 120
Boerne, TX 78006-2805

Andrew E. Toscano
Gene Toscano Inc
846 Culebra Rd Ste 104
San Antonio, TX 78201-6244

Richard A. Sparr Jr.
Sparr & Geerdes
1313 NE Loop 410 Ste 100
San Antonio, TX 78209-1529

Frederick R. Zlotucha
Law Office of Frederick R. Zlotucha
222 E Main Plz
San Antonio, TX 78205-2717